UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYE AYE KHAING,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 13-cv-03732-WHO<br><br>**ORDER TO SHOW CAUSE AND FILE MOTION** |

Defendant's answer was filed on November 20, 2013.  Plaintiff's motion for summary judgment or remand should have been filed on or before December 23, 2013.  *See* Docket No. 2, Social Security Procedural Order (requiring plaintiff to file a motion for summary judgment or remand within 28 days after service of the answer).

As of today's date, plaintiff has not filed her motion for summary judgment or remand.  Therefore, plaintiff is ORDERED TO SHOW CAUSE and file the required motion.  Plaintiff shall file her motion for summary judgment or remand, or file a request for dismissal, on or before **February 10, 2014**.  If plaintiff does not file her motion, or a request for dismissal, by that date the Court will dismiss this case for failure to prosecute.  *See* Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: January 13, 2014

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYE AYE KHAING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV13-03732 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Aye Aye Khaing
No.97 Dorchester Drive
Daly City, CA 94015

Dated: January 13, 2014

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Jean Davis, Deputy Clerk