UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AYE AYE KHAING,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 13-cv-03732-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 14

On January 13, 2014, the Court issued an Order to Show Cause requiring plaintiff to file her motion for summary judgment or remand on or before February 10, 2014. The Court warned plaintiff that if she failed to file her motion on or before that date, the Court would dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See* Docket No. 14, January 13, 2014 Order.

As of today's date, plaintiff has not filed the required motion or otherwise communicated with the Court about the status of her case. Therefore, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 19, 2014

WILLIAM H. ORRICK
United States District Judge